UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUZANNE MCCRORY,

                Plaintiff,                    13 CIVIL 872 (CS)

      -against-                              **JUDGMENT**

ADMINISTRATOR OF THE FEDERAL
EMERGENCY MANAGEMENT AGENCY
OF THE US DEPARTMENT OF HOMELAND
SECURITY,

                Defendant.
-----------------------------------------------------------------X

      Whereas the Defendant, on September 13, 2013, having moved to dismiss the second amended complaint (Doc. #17), and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court, thereafter, on May 22, 2014, having handed down its Opinion and Order (Doc. #26) granting Defendant's Motions to Dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated May 22, 2014, Defendant's Motion to dismiss is granted; Plaintiff does not have standing to bring the claims alleged in the Second Amended Complaint, and in addition she has failed to exhaust her administrative remedies as to the 2012 Ottinger LOMR; accordingly, the case is closed.

**Dated:** White Plains, New York
          May 22, 2014

                                                      RUBY J. KRAJICK
                                                      Clerk of Court